# United States District Court
## Southern District of Florida
701 Clematis Street
Room 416
West Palm Beach, Florida 33401-5196

Kenneth L. Ryskamp
District Judge

(561)803-3420

May 16, 2006

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

In response to your letter of May 10, 2006 inquiring about the "Money Market Mutual Fund" that appeared on my 2005 report, please be advised that this item was inadvertently left off of the 2005 Report filed on April 6, 2006.

Please add to Part VII the following:

> *Money Market Mutual Fund*          *B. (2) None;*          *C. (1) K;*          *C. (2) T*
>     *(UBS)*

Please advise if you need any additional information.

Sincerely,



Kenneth L. Ryskamp

KLR/sh

FINANCIAL DISCLOSURE OFFICE
RECEIVED Jun 1 11 04 AM '06

| AO 10 Rev. 1/2006 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2005 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Ryskamp, Kenneth L | U.S. District Court, SDFL | 4/6/2006 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period 01/01/2005 to 12/31/2005 |
|---|---|---|
| U.S. District Judge, Senior | ☐ Nomination, Date ☐ Initial ☒ Annual ☐ Final 5b. ☐ Amended Report | |

| 7. Chambers or Office Address 701 Clematis, Room 416 West Palm Beach FL 33401 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ |

> **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Custodian | Paine Weber Custodial Account |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☒ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED APR 17 10 51 AM '06 FINANCIAL DISCLOSURE OFFICE

| Name of Person Reporting | Date of Report |
|---|---|
| Ryskamp, Kenneth L | 4/6/2006 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2005 | Kenneth L. Ryskamp, IRA Rollover | $ 73,111.29 |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☒ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

☐ NONE *(No reportable reimbursements.)*

| SOURCE | DESCRIPTION |
|---|---|
| 1. George Mason University | Attending educational seminar in Sedona, AZ, 7-7 to 7-10-05; Transportation, food and lodging provided |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ryskamp, Kenneth L | 4/6/2006 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X]  NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-34 of instructions.)*

[X]  NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ryskamp, Kenneth L | 4/6/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Cisco Systems Stock | | None | L | T | | | | | |
| 2. Dell Computer Stock | | None | K | T | | | | | |
| 3. Intel Stock | B | Dividend | L | T | | | | | |
| 4. Lucent Technologies Stock | | None | J | T | partial sell | 12/15 | J | | |
| 5. Exxon-Mobil | C | Dividend | M | T | partial sell | 12/15 | K | | |
| 6. Sprint Nextel Corp. | A | Dividend | L | T | partial sell | 8/17 | K | B | |
| 7. AIM Premier Equity | | None | K | T | | | | | |
| 8. Euro Pac.Growth Mutual Fund | | None | L | T | | | | | |
| 9. Investment Co. Am. Mutual Fund | | None | L | T | | | | | |
| 10. Fidelity Magellan Mutual Fund | B | Dividend | M | T | | | | | |
| 11. Fidelity Blue Chip Mutual Fund | A | Dividend | L | T | | | | | |
| 12. General Electric Stock | D | Dividend | M | T | | | | | |
| 13. Microsoft Corp. | C | Dividend | M | T | | | | | |
| 14. Pfizer Inc. | D | Dividend | L | T | | | | | |
| 15. Staples Inc. | A | Dividend | K | T | | | | | |
| 16. Wal-Mart Stores | B | Dividend | L | T | | | | | |
| 17. McDonald's Corp. | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ryskamp, Kenneth L | 4/6/2006 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Nike, Inc. | A | Dividend | K | T | | | | | |
| 19. Zany Brainy stock | | None | J | T | | | | | |
| 20. Walt Disney Stock | A | Dividend | K | T | | | | | |
| 21. Wendy's Int. Inc. | A | Dividend | J | T | | | | | |
| 22. Pepsico Stock | A | Dividend | J | T | | | | | |
| 23. Sector SPDR Trust-Tech Stock | A | Dividend | K | T | | | | | |
| 24. Sector SPDR Trust S&P Stock | A | Dividend | K | T | | | | | |
| 25. Tyco Int'l | A | Dividend | K | T | | | | | |
| 26. CMGI Stock | | None | J | T | | | | | |
| 27. Time Warner Stock | A | Dividend | J | T | | | | | |
| 28. Teva Pharm. | A | Dividend | K | T | | | | | |
| 29. Streetracks Index SH | A | Dividend | K | T | | | | | |
| 30. Diamond TR Ser 1 | A | Dividend | K | T | | | | | |
| 31. Conextant Stock | | None | J | T | | | | | |
| 32. Citigroup Stock | | None | | | sell | 12/15 | L | | |
| 33. Home Depot Stock | | None | | | sell | 12/15 | K | | |
| 34. Xilinx Stock | | None | | | sell | 12/15 | K | | |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
3. Value Method Codes    P3 =$25,000,001 - $50,000,000    R =Cost (Real Estate Only)    P4 =More than $50,000,000    T =Cash Market
(See Column C2)    Q =Appraisal    V =Other    S =Assessment
   U =Book Value    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Ryskamp, Kenneth L | 4/6/2006 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Life Insurance - cash value | | None | K | T | | | | | |
| 36. PW Retirement Money Fund | B | Dividend | J | T | | | | | |
| 37. Amgen Stock | | None | K | T | partial sell | 12/27 | K | | |
| 38. Applied Micro Cir. Stock | | None | J | T | | | | | |
| 39. PMC-Sierra Stock | | None | J | T | | | | | |
| 40. Qualcomm Stock | A | Dividend | K | T | | | | | |
| 41. Skyworks Solutions | | None | | | sell | 12/15 | J | | |
| 42. Travelers Prop. Cas. | A | Dividend | J | T | | | | | |
| 43. Agere Systems | | None | J | T | partial sell | 5/31 | J | | |
| 44. Medco Health Solutions | | None | J | T | | | | | |
| 45. Avaya | | None | J | T | | | | | |
| 46. Mindspeed Tech | | None | J | T | | | | | |
| 47. U.S. Treasury Bills | | | M | T | buy | 12/27 | M | | |
| 48. *IBM (This item was inadvertently left off the '05 report | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ryskamp, Kenneth L | 4/6/2006 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature_____          Date____4/10/06____

NOTE: ANY _____ OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544